USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 5 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE M/V MSC FLAMINIA : MASTER FILE: 12 Civ. 8892 (AJN)

THIS DOCUMENT RELATES TO: : STIPULATION TO DISMISS WITHOUT
PREJUDICE CERTAIN CROSSCLAIMS

ALL ACTIONS :

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel representing the parties identified herein, that pursuant to Rule 41(a)(1)(A) and (c) of the Federal Rules of Civil Procedure, the cross-claims of cross-claimants, Chemtura Corporation, Chemtura Italy S.R.L. and Chemtura Europe GmbH against cross-claim defendant, Sea Shipping Line, dated October 28, 2013 are hereby dismissed without prejudice and without costs to either party as against the other.

A fully executed facsimile copy of the Stipulation may be deemed an original for all purposes.

Dated: New York, New York
       November 4, 2013

ROBINSON & COLE LLP

By: _____
    Joseph L. Clasen
    Laura A. Torchio
*Attorneys for Chemtura Corporation, Chemtura Italy S.R.L., Chemtura Europe GmbH*
666 Third Avenue, 20th Floor
New York, New York 10017
Tel: 212-451-2900
Fax: 212-451-2999
jclasen@rc.com
ltorchio@rc.com

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP

By: _____
    Randolph H. Donatelli
*Attorneys for Sea Shipping Line*
61 Broadway, Suite 3000
New York, New York 10006
Tel.: 212-344-7042
Fax: 212-344-7285
rdonatelli@cckvt.com

SO ORDERED: 11/5/13

_____
U.S.D.J.

12547633-v1