**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

IN RE M/V MSC FLAMINIA

ORDER

12 Civ. 8892 (GBD) (SLC)

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for April 26, 2022 is adjourned to July 19, 2022 at 9:30 a.m.

Dated: New York, New York
April 21, 2022

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge