**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
                                                  :
                                                  :          <u>ORDER</u>
IN RE M/V MSC FLAMINIA                            :
                                                  :          12 Civ. 8892 (GBD) (SLC)
                                                  :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

     The status conference scheduled for July 19, 2022 is adjourned to September 27, 2022 at

9:30 a.m.


Dated: New York, New York          SO ORDERED:
      July 14, 2022

                                   GEORGE B. DANIELS
                                   United States District Judge