**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
:
:
:
IN RE M/V MSC FLAMINIA                     :     ORDER
:
:     12 Civ. 8892 (GBD) (SLC)
:
:
:
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The parties' letter request for an adjournment of the status conference scheduled for January 10, 2023 is GRANTED. The conference is adjourned to April 11, 2023, at 9:45 a.m.

Dated: New York, New York
      January 9, 2023

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge