**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
                             :

IN RE M/V MSC FLAMINIA        :

                             :

                             :

------------------------------------ x

ORDER

12 Civ. 8892 (GBD) (SLC)

GEORGE B. DANIELS, United States District Judge:

     Stolt Tank Containers B.V. and Stolt Nielsen USA, Inc.'s request for a ninety-day

adjournment of the status conference set for April 10, 2023 is GRANTED. The status

conference is hereby adjourned to July 25, 2023 at 9:45 a.m.

Dated: New York, New York
       February 13, 2023

SO ORDERED:

GEORGE B. DANIELS
United States District Judge